Gertrude Ruth Sessler, executrix of the estate of Hugo Herman Sessler, deceased, appellant, v. Nielsen Brothers Cartage Company, appellee. Gen. No. 36,314.

Opinion filed October 25, 1933.

Joseph & Burr and Nat M. Kahn, for appellant; Nat M. Kahn and William C. Napier, of counsel. McKenna, Harris & Schneider, for appellee; Abraham W. Brussell, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

James S. Nix, appellant, v. Chicago Great Western Railroad Company, appellee. Gen. No. 36,153.

Opinion filed October 25, 1933.

John G. Riordan, for appellant. Winston, Strawn & Shaw, for appellee; Ralph M. Shaw, Walter H. Jacobs and Charles J. McFadden, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Tony Tallarico, appellee, v. Newark Fire Insurance Company, appellant. Gen. No. 36,208.

Opinion filed October 25, 1933. Decree and opinion slightly modified November 7, 1933.

Hicks & Folonie, for appellant. Livingston & Kaufman, for appellee; William McKinley and Paul E. Price, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Habel, Armbruster & Larsen Company, appellant, v. Joseph Graziani et al., appellees. Gen. No. 36,230.

Opinion filed October 25, 1933.

L. A. Sherwin, for appellant; L. A. Sherwin and Charles C. Kirshbaum, of counsel. Louis J. Leo and William C. Scherwat, for appellees; Louis J. Leo and Robert J. Hatton, of counsel.

Mr. Justice Hebel delivered the opinion of the court.